UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Rodolfo Henriquez Campusano

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 Mag. 9591

Defendant __Rodolfo Henriquez__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer

__/s/ by Sylvie Levine__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Rodolfo Henriquez__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__SYLVIE LEVINE__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/9/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge