**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES

vs.

Rodolfo Henriquez-Campusano

---

**ORDER**

20 MJ 9591

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Rodolfo Henriquez-Campusano

, Reg # ( 76459 ) -054, be released from custody, The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

United States District Judge

9/15/20
Date